RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

2019 JUL 19 P 3:04

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Angela M. Wood )
for the Estate of Joseph M. Wood )
_____ )
Plaintiff(s), )
) CIVIL ACTION NO. 2:19-CV-511-MHT-WC
)
) JURY DEMAND (MARK ONE)
)
v. )  ☒ YES   ☐ NO
)
Jefferson Dunn )
And Others )
_____ )
Defendant(s).

COMPLAINT

1. Plaintiff(s)' address and telephone number: Angela M. Wood 405 Beulah St. (334) 479-9410 Dothan, Alabama 36303

2. Name and address of defendant(s): Jefferson Dunn 301 South Ripley St. Montgomery AL. 36104 See Attachment A

3. Place of alleged violation of civil rights: St. Claire Correctional Facility

4. Date of alleged violation of civil rights: July 22nd, 2017

5. State the facts on which you base your allegation that your constitutional rights have been violated: Joseph Michael Wood was not protected by the ADOC. He was murdered as a result. I am his mother and I am in charge of his Estate. I am filing under Section 1983 because his Constitutional Rights was violated. See Attachment B

1

6. Relief requested: Damages for the loss of my Son Joseph Michael. The Pain that he endured and the Pain the I endured and the Pain My Family has endured

Date: 07-19-2019            *Angela M. Wood*

Plaintiff(s) Signature