IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANGELA M. WOOD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:19-cv-511-MHT-WC |
| | ) |
| JEFFERSON S. DUNN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Defendants Jefferson Dunn and Gary Malone have filed a Motion to Dismiss (Doc. 18). It is hereby

ORDERED that, **on or before November 8, 2019**, Plaintiff shall file a written response to show cause why the motion should not be granted. Defendants may file a reply **on or before November 15, 2019**.

DONE this 18th day of October, 2019.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
CHIEF UNITED STATES MAGISTRATE JUDGE