IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JEREMIAH WOOD, as Administrator of the Estate of Joseph Wood, Deceased,     )<br>    Plaintiff,     )<br>    v.     )<br>JEFFERSON DUNN, et al.,     )<br>    Defendants.     ) | CIVIL ACTION NO.<br>2:19cv511-MHT<br>(WO) |

**ORDER**

Upon consideration of the suggestion of death of plaintiff Angela Wood (Doc. 161), and of the petition for substitution of administrator (Doc. 161), which defense counsel has orally informed the court is unopposed, it is ORDERED that the petition for substitution of administrator is granted, and Jeremiah Wood, as Administrator of the Estate of Joseph Wood, is substituted as the plaintiff in this action for Angela Wood, as personal representative of the estate of Joseph Wood.

This case remains administratively closed.

DONE, this the 28th day of December, 2023.

                                            /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**